## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| STRIKE 3 HOLDINGS, LLC,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>JOHN DOE subscriber assigned<br>IP address 108.50.199.53 a/k/a JASON CRISPIN,<br><br>　　　　　Defendant. | Civil Action No. 2:22-cv-02731-JXN-MAH<br><br>**STIPULATION AND<br>CONSENT ORDER**<br><br>*(Document Filed Electronically)* |

Pursuant to Federal Rule of Civil Procedure 55 and Local Civil Rule 6.1 of the United States District Court for the District of New Jersey, Plaintiff Strike 3 Holdings, LLC ("Plaintiff"), and Defendant John Doe subscriber assigned IP address 108.50.199.53 a/k/a Jason Crispin ("Defendant"), through their undersigned counsel, stipulate as follows:

WHEREAS, Plaintiff filed its First Amended Complaint on August 24, 2022, D.E. 8 & 9;

WHEREAS, Defendant was served with a copy of the Summons and First Amended Complaint on August 26, 2022, thereby making Defendant's original deadline to respond to the First Amended Complaint due on September 16, 2022, D.E. 12 & 13;

WHEREAS, on September 26, 2022, the Court granted an extension of the time for Defendant to file a response to the First Amended Complaint to October 24, 2022, D.E. 17;

WHEREAS, on November 10, 2022, the Court entered a Text Order directing Plaintiff to file a status report or seek the entry of default judgment by November 25, 2022, D.E. 19;

WHEREAS, on November 17, 2022, the Clerk of the Court entered Default against Defendant;

WHEREAS, on November 21, 2022, Plaintiff filed a motion seeking the entry of Default Judgment against Defendant, D.E. 21;

WHEREAS, on or about November 21, 2022, Defendant retained counsel, and the parties subsequently agreed to stipulate to a request for the Court to vacate Default; deny Plaintiff's motion for Default Judgment as moot; and provide a second extension for Defendant to answer, move, or otherwise respond to the First Amended Complaint;

WHEREAS, the parties have requested one prior extension of time to Defendant's deadline to respond to the First Amended Complaint, which this Court granted.

NOW, THEREFORE, IT IS STIPULATED by Plaintiff and Defendant and ORDERED by the Court that:

1. The Clerk of the Court shall VACATE the Entry of Default against Defendant;

2. Plaintiff's Motion for Default Judgment [D.E. 21] is DENIED as moot; and

3. The time within which Defendant may answer, move, or otherwise respond to the First Amended Complaint is extended until December 16, 2022.

Dated: November 24, 2022

| | |
|---|---|
| **THE ATKIN FIRM, LLC**<br>*Attorneys for Plaintiff*<br>*Strike 3 Holdings, LLC*<br><br>By: /s/ John C. Atkin, Esq.<br>John C. Atkin, Esq. | **LAW OFFICE OF VICTOR J. MOLINA**<br>*Attorneys for Defendant*<br>*Jason Crispin*<br><br>By: *[signature]*<br><br>Victor J. Molina |

**SO ORDERED:**

*[signature]*

Hon. Michael A. Hammer

11/28/2022

2

United States Magistrate Judge